### NUNN *v.* THE STATE.

DUCKWORTH, Justice. The evidence authorized the verdict declaring the defendant guilty of the offense of murder. The judge did not err in overruling the motion for a new trial, which contained only the general grounds. *Judgment affirmed. All the Justices concur.*

No. 14378. DECEMBER 1, 1942.

*R. I. Stephens,* for plaintiff in error.

*Ellis G. Arnall, attorney-general, J. Eugene Cook, solicitor-general,* and *A. J. Hartley, assistant attorney-general,* contra.